WINDHORST, J.,
DISSENTS IN PART, WITH REASONS
I respectfully disagree in part with the majority’s opinion. I agree with the majority’s quantum of damages, but disagree with the allocation of fault.
In my opinion, the evidence clearly showed that but for Ms. Berniard’s erratic driving for several miles prior to the accident, the accident would not have occurred. Rogers v. Roch, 95-242 (La. App. 5 Cir. 10/18/95), 663 So.2d 811, writ denied, 95-2769 (La. 01/26/96), 666 So.2d 678; Utley v. State, 90-371, 90-372, 90-373, 90-374, 90-375 (La. App. 5 Cir. 11/14/90), 570 So.2d 501, writ denied, 90-2672 (La. 01/18/91), 573 So.2d 1121, writ denied, 90-2685 (La. 01/18/91), 573 So.2d 1122. I would allocate 80% of fault to Ms. Bern-iard, while DOTD should have been allocated no more than 20% fault for this accident. Accordingly, I dissent in part.